

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-16-00109-CV

Hari Prasad **KALAKONDA** and Latha Kalakonda,
Appellants

v.

**ASPRI INVESTMENTS, LLC**,
Appellee

From the 37th Judicial District Court, Bexar County, Texas
Trial Court No. 2015CI01910
Honorable Michael E. Mery, Judge Presiding

BEFORE JUSTICE BARNARD, JUSTICE MARTINEZ, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, this appeal is DISMISSED. The cause is REMANDED to the trial court with instructions for the trial court to grant Shubha, LLC a reasonable time to obtain counsel and make any necessary amendments to the motion to compel arbitration. It is ORDERED that costs of the appeal are taxed against the parties who incurred them.

SIGNED July 13, 2016.

Marialyn Barnard, Justice